upon appeal contains all the evidence and proceedings upon the trial, it must be assumed that there is sufficient evidence to sustain the findings of the referee.

PEARSONS, Appellant, v. SWEETSER, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by John H. Pearsons against William A. Sweetser. A. F. Clarke, for appellant. L. M. Ridgway, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer, upon payment of costs in this court and in the court below.

In re PECK. (Supreme Court, Appellate Division, Third Department. January 16, 1904.) In the matter of the judicial settlement of the accounts of George W. Peck, as executor, etc., of George W. Banker, deceased, and Henrietta M. Banker, deceased. No opinion. Motion granted, with costs, unless the appellant files and serves copies of papers on appeal within 20 days, and pays to the respondent $20, in which case motion denied, without costs.

PEOPLE v. BEYER. SAME v. TALBOT. SAME v. MURPHY. SAME v. GRANOWITZ. SAME v. FOLEY et al. (two cases). (Supreme Court, Appellate Division, First Department. January 15, 1904.) Proceedings by the people of the state of New York against Joseph Beyer, George Talbot, Lawrence Murphy, Jacob Granowitz, and John Foley and others. No opinion. Motions to dismiss appeals granted.

PEOPLE, Respondent, v. CASSON, Appellant. (Supreme Court, Appellate Division. First Department. December 24, 1903.) Proceeding by the people of the state of New York against Theodore Casson. H. O. Pentecost, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Proceeding by the people of the state of New York against Hyman Davis. J. Manheim, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. ELLIOTT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Proceeding by the people of the state of New York against Herbert Elliott and another. No opinion. Judgment of conviction affirmed.

PEOPLE v. FUCARINO. (Supreme Court, Appellate Division, First Department. January 15, 1904.) Proceeding by the people of the state of New York against Gaetano Fucarino. No opinion. Motion denied.

PEOPLE, Respondent, v. LANNEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Proceeding by the people of the state of New York against John T. Lannen. PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents.

PEOPLE, Respondent, v. PROCTOR, Appellant. (Supreme Court, Appellate Division, Third Department. January 16, 1904.) Proceeding by the people of the state of New York against William Proctor. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. ST. JOHN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Proceeding by the people of the state of New York against Frederick St. John. PER CURIAM. Defendant's exception overruled, motion for new trial denied, and judgment for the people upon the verdict, with costs.

McLENNAN, P. J., dissents.

PEOPLE v. UNITED STATES MUT. ACC. ASS'N. (Supreme Court, Appellate Division, First Department. January 15, 1904.) Proceeding by the people of the state of New York against the United States Mutual Accident Association. No opinion. Motion denied, with $10 costs.

PEOPLE, Respondent, v. VALENTINE et al., Appellants. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Proceeding by the people of the state of New York against Walter B. Valentine and William S. Fender. B. Steinhardt, for appellants. H. S. Gans, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. WEILER, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Proceeding by the people of the state of New York against David Weiler. D. Welch, for appellant. H. S. Gans, for the People. PER CURIAM. Judgment affirmed.

LAUGHLIN, J., dissents.

McLAUGHLIN, J. (dissenting). The defendant appeals from a judgment convicting him of a violation of section 675 of the Penal Code, for which he was sentenced to pay a fine of $50, or, in default thereof, stand committed not exceeding 10 days. The judgment appealed from is about to be affirmed, and I am unable to agree with a majority of the court for the following reasons: The specific charge made in the complaint upon which the defendant was tried and convicted is that he, on the 27th day of March, 1903, followed the complainant from place to place in the public streets, and at his place of business and other places, and thereby annoyed and interfered with his peace and comfort, in violation of section 675 of the Penal Code. There is substantially no dispute as to the facts. A criminal proceeding was pending before one of